E-FILED
Monday, 13 June, 2011 04:05:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOHN EARL BENDER, )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case No. 11-CV-2004 |

## OPINION

Petitioner, John Earl Bender, filed a Petition to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (#1), which was denied by this court in an Opinion (#9) on May 26, 2011. This court also denied a Certificate of Appealability. Petitioner filed his Notice of Appeal (#11) on June 8, 2011. The same day Petitioner filed a Motion to Proceed on Appeal In Forma Pauperis (#12) and a Motion to Appoint Counsel (#13). The Motion to Appoint Counsel (#13) is DENIED. Petitioner did not attach a prisoner trust fund ledger to his Motion to Proceed In Forma Pauperis. Petitioner is given 30 days from the date of this Order to file the required prisoner trust fund ledger from his place of confinement.

IT IS THEREFORE ORDERED:

(1) Petitioner is given 30 days from the date of this Order to file the required prisoner trust fund ledger from his place of confinement.

(2) Petitioner's Motion to Appoint Counsel (#13) is DENIED.

ENTERED this 13th day of June, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE